**Fill in this information to identify the case:**

Debtor: MX USA, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): 19-10395

☒ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* .................................................... N/A

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* .................................................. $3,093,922.06

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* .................................................... $3,093,922.06

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ......... N/A

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F ............................. N/A

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F .............. + N/A

4. **Total liabilities** .................................................................... N/A
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor | MX USA, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 19-10395 |

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 2: DEPOSITS AND PREPAYMENTS**

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | | |
| | | **ADDITION** | |
| 8.1. | 3M - PREPAID EXPENSES | | $3,366.00 |
| | | **ADDITION** | |
| 8.2. | AHCA (AMERICAN HEALTH CARE ASSOCIATION) - PREPAID EXPENSES | | $20,833.33 |
| | | **ADDITION** | |
| 8.3. | ARES CORPORATION - PREPAID EXPENSES | | $8,333.33 |
| | | **ADDITION** | |
| 8.4. | BOARDVANTAGE - PREPAID EXPENSES | | $6,010.59 |
| | | **ADDITION** | |
| 8.5. | BRIGHT MARKET - PREPAID EXPENSES | | $1,998.67 |
| | | **ADDITION** | |
| 8.6. | CISCO SYSTEMS INC - PREPAID EXPENSES | | $116,609.81 |
| | | **ADDITION** | |
| 8.7. | COMFORT ENTERPRISES, LLC - PREPAID EXPENSES | | $43,612.50 |
| | | **ADDITION** | |
| 8.8. | CORE COMMISSIONS - PREPAID EXPENSES | | $12,600.00 |
| | | **ADDITION** | |
| 8.9. | CORTLAND - PREPAID EXPENSES | | $8,750.00 |
| | | **ADDITION** | |
| 8.10. | DELL FINANCIAL - PREPAID EXPENSES | | $26,308.33 |

|  |  | Current value of debtor's interest |
|---|---|---:|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| | **ADDITION** | |
| 8.11. | DEVEXPRESS - PREPAID EXPENSES | $303.87 |
| | **ADDITION** | |
| 8.12. | DSD - PREPAID EXPENSES | $8,631.91 |
| | **ADDITION** | |
| 8.13. | DTR BUSINESS - PREPAID EXPENSES | $5,773.87 |
| | **ADDITION** | |
| 8.14. | EASYSOFT - PREPAID EXPENSES | $4,868.98 |
| | **ADDITION** | |
| 8.15. | FIRMEX - PREPAID EXPENSES | $4,500.00 |
| | **ADDITION** | |
| 8.16. | FISHER & PHILLIPS - PREPAID EXPENSES | $1,333.33 |
| | **ADDITION** | |
| 8.17. | FUTURA MOBILITY - PREPAID EXPENSES | $1,185.00 |
| | **ADDITION** | |
| 8.18. | GE HEALTHCARE/VVC HOLDINGS - PREPAID EXPENSES | $10,654.92 |
| | **ADDITION** | |
| 8.19. | GREENFIELD ACQUISITION PARTNERS VI LP - PREPAID RENT | $85,801.40 |
| | **ADDITION** | |
| 8.20. | H.A. STORAGE SYSTEMS - PREPAID EXPENSES | $41.82 |
| | **ADDITION** | |
| 8.21. | HA STORAGE SYSTEM INC - PREPAID EXPENSES | $25,947.54 |
| | **ADDITION** | |
| 8.22. | HIGH AVAILABILITY - PREPAID EXPENSES | $69,369.19 |
| | **ADDITION** | |
| 8.23. | LEGIBLE GOVERNMENT LLC - PREPAID EXPENSES | $3,752.00 |
| | **ADDITION** | |
| 8.24. | LIAISON TECHNOLOGIES, INC. - PREPAID EXPENSES | $22,083.33 |
| | **ADDITION** | |
| 8.25. | LOGMEIN/GETGO - PREPAID EXPENSES | $30,257.95 |
| | **ADDITION** | |
| 8.26. | MAKOVSKY & COMPANY - PREPAID EXPENSES | $13,000.00 |
| | **ADDITION** | |
| 8.27. | MEI MAIL SERVICES - PREPAID EXPENSES | $10,150.00 |
| | **ADDITION** | |
| 8.28. | MICROSOFT - PREPAID EXPENSES | $294,409.85 |
| | **ADDITION** | |
| 8.29. | NATIONAL ASSOCIATION FOR THE SUPPORT OF LONG TERM CARE - PREPAID EXPENSES | $25,208.33 |
| | **ADDITION** | |
| 8.30. | NATIONAL INVESTMENT CENTER - PREPAID EXPENSES | $18,461.00 |
| | **ADDITION** | |
| 8.31. | NAVEX GLOBAL INC - PREPAID EXPENSES | $12,563.96 |

Debtor _____  Case number (if known) 19-10395
         (Name)

|  |  |  | Current value of debtor's interest |
|---|---|---|---:|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | | |
|  | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | | |
|  | | **ADDITION** | |
| 8.32. | OBERMAYER/BUCHANAN - PREPAID EXPENSES | | $11,000.00 |
|  | | **ADDITION** | |
| 8.33. | ONSYSTEMS - PREPAID EXPENSES | | $21,683.33 |
|  | | **ADDITION** | |
| 8.34. | ONSYSTEMS S&U TAX - PREPAID EXPENSES | | $200.00 |
|  | | **ADDITION** | |
| 8.35. | ORCHARD SOFTWARE- PREPAID EXPENSES | | $133,981.02 |
|  | | **ADDITION** | |
| 8.36. | PCM - PREPAID EXPENSES | | $89,657.51 |
|  | | **ADDITION** | |
| 8.37. | PERMANENT - PREPAID RENT | | $37,000.00 |
|  | | **ADDITION** | |
| 8.38. | PLC, LLC (PREVIOUSLY ESKER) - PREPAID EXPENSES | | $111,226.50 |
|  | | **ADDITION** | |
| 8.39. | POLITICO - PREPAID EXPENSES | | $8,640.00 |
|  | | **ADDITION** | |
| 8.40. | PREPAID INSURANCE | | $1,474,168.00 |
|  | | **ADDITION** | |
| 8.41. | PUBLIC AFFAIRS ASSOCIATES LLC - PREPAID EXPENSES | | $5,000.00 |
|  | | **ADDITION** | |
| 8.42. | SCC SOFT COMPUTER - PREPAID EXPENSES | | $3,247.61 |
|  | | **ADDITION** | |
| 8.43. | SCERIS - PREPAID EXPENSES | | $1,566.86 |
|  | | **ADDITION** | |
| 8.44. | SERVICENOW - PREPAID EXPENSES | | $38,521.57 |
|  | | **ADDITION** | |
| 8.45. | SHI - PREPAID EXPENSES | | $37,574.30 |
|  | | **ADDITION** | |
| 8.46. | SILVER POINT FINANCE AGENCY - PREPAID EXPENSES | | $31,250.00 |
|  | | **ADDITION** | |
| 8.47. | SOFTCHOICE - PREPAID EXPENSES | | $43,434.30 |
|  | | **ADDITION** | |
| 8.48. | SOLVER - PREPAID EXPENSES | | $9,306.00 |
|  | | **ADDITION** | |
| 8.49. | STRATEGY 7 - PREPAID EXPENSES | | $49,968.67 |
|  | | **ADDITION** | |
| 8.50. | SUGARCRM - PREPAID EXPENSES | | $58,922.50 |
|  | | **ADDITION** | |
| 8.51. | TABLEAU SOFTWARE - PREPAID EXPENSES | | $2,200.00 |
|  | | **ADDITION** | |
| 8.52. | THOMSON REUTERS - PREPAID EXPENSES | | $5,629.19 |

Debtor _____    Case number (if known) _____19-10395_____
       (Name)

|  | | Current value of debtor's interest |
|---|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| | **ADDITION** | |
| 8.53. | TIERPOINT - PREPAID EXPENSES | $13,629.80 |
| | **ADDITION** | |
| 8.54. | ULTRARAD - PREPAID EXPENSES | $2,418.67 |
| | **ADDITION** | |
| 8.55. | VOIP NETWORKS - PREPAID EXPENSES | $6,975.42 |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | **$3,093,922.06** |

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property | |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,093,922.06 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $3,093,922.06 | + 91b. | |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $3,093,922.06 |

Fill in this information to identify the case:

Debtor: MX USA, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): 19-10395

red 06/13/19 18:37:33    Main Document
Pg 6 of 6

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/12/2019
MM / DD / YYYY

X /s/ David F. Smith III
Signature of individual signing on behalf of debtor

David F. Smith III
Printed name

Chief Financial Officer
Position or relationship to debtor